| | |
|---|---|
| 1 | **JESSICA J. OLIVA** |
| 2 | California State Bar No. 312435 |
|   | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| 3 | 225 Broadway, Suite 900 |
|   | San Diego, California 92101-5030 |
| 4 | Telephone: (619) 234-8467 |
|   | Facsimile: (619) 687-2666 |
| 5 | Jessica_Oliva@fd.org |
| 6 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 25MJ0040 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| BAILEY A. SZRAMOSWKI, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Jessica J. Oliva, Federal Defenders of San Diego, Inc., hereby gives notice as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: January 8, 2025

*s/ Jessica Oliva*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Jessica_Oliva@fd.org