**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Elizabeth_Barros@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 25MJ0040 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| BAILEY A. SZRAMOWSKI, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Elizabeth M. Barros, Federal Defenders of San Diego, Inc., hereby gives notice that she is **co-counsel** in the above-captioned case.

Respectfully submitted,

Dated: January 8, 2025

*s/ Elizabeth M. Barros*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Email: Elizabeth_Barros@fd.org